

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 24, 2020**

_____
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS (DALLAS)**

In re:   MATTHEW FORREST HAGEN,

                 Debtor.
_____/

AMERICAN EXPRESS NATIONAL BANK,

                 Plaintiff,

vs.

MATTHEW FORREST HAGEN
a/k/a MATTHEW F. HAGEN,

                 Defendant.
_____/

Chapter 7 Bankruptcy
Case No.: 20-31728-SGJ7

Adversary Case No.: 20-03125

### ORDER APPROVING STIPULATED JUDGMENT IN SETTLEMENT
### OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

AND NOW, upon consideration of the parties' Stipulated Judgment in Settlement of the above-captioned matter, it is

ORDERED, that the Stipulated Judgment in Settlement of Complaint to Determine Dischargeability of Debt between the parties is hereby APPROVED.  It is further,

ORDERED, that judgment be entered in favor of Plaintiff, American Express National Bank, and against the Defendant, Matthew Forrest Hagen a/k/a Matthew F. Hagen, in the amount of $26,970.13, which can be satisfied as set forth in the Stipulated Judgment, and it is further

ORDERED, that the Clerk mark the above-captioned proceeding as closed, subject to the terms and conditions of the Stipulated Judgment.

### ###END OF ORDER###

Prepared by:


/s/ Mark Stromberg
Mark Stromberg (TX Bar #19408830)
STROMBERG STOCK, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile:  (972) 861-5339
Email:  mark@strombergstock.com
*Attorneys for Plaintiff*


Seen, Acknowledged, Approved by:


/s/ Christopher J Moser
Christopher J. Moser (TX Bar No. 14572500)
Faizan (Frank) S. Patel (TX Bar No. 24116882)
Quilling Selander Lownds Winslett Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3005



cc: See attached Service List

**SERVICE LIST**:

Mark Stromberg, Esquire
STROMBERG STOCK, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1225
Dallas, TX  75206

Dawn S. Osman, Esquire
BECKET & LEE LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA  19355

Christopher J. Moser
Faizan (Frank) S. Patel
Quilling Selander Lownds Winslett Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3005

Matthew Forrest Hagen a/k/a Matthew F. Hagen
3504 Marquette Street
Dallas, TX  75225

Robert Yaquinto, Jr., Chapter 7 Trustee
509 N. Montclair
Dallas, TX  75208